AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| Jadalyn R. Tamayo | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 21-CV-217 |
| Board of Regents of the University of Wisconsin System | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Board of Regents of the University of Wisconsin System
1860 Van Hise Hall
1220 Linden Drive
Madison, WI 53706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathleen R. Avoles
Bakke Norman, S.C.
1200 Heritage Drive
PO Box 308
New Richmond, WI 54017
kavoles@bakkenorman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*